**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7173**

KENNY R. SIMS,

Plaintiff - Appellant,

versus

MAGLA PRODUCTS, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CA-02-676-3-19BD)

Submitted: October 10, 2002          Decided: October 21, 2002

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenny R. Sims, Appellant Pro Se. Donald Alan Cockrill, Michael Stuart Pitts, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenny R. Sims appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Sims v. Magla Prods., LLC, No. CA-02-676-3-19BD (D.S.C. filed July 1, 2002; entered July 2, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED